

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GUSTAVO VIZCAINO, ) | Case No. EDCV 11-228-CJC (MLG) |
| Petitioner, ) | |
| ) | JUDGMENT |
| v. ) | |
| ) | |
| RAUL LOPEZ, WARDEN, ) | |
| Respondent. ) | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: March 2, 2011

Cormac J. Carney
United States District Judge

